NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANTOINE SHOCKLEY,**
*Plaintiff-Appellant,*

v.

**JOHN FOX, WARDEN, T.C. OUTLAW, RICARDO RIOS, ASSISTANT WARDEN, G. MALDANEDO, REGIONAL DIRECTOR, AND HARRELL WATTS, NATIONAL INMATE APPEALS ADMINISTRATOR,**
*Defendants-Appellees,*

**and**

**RICARDO PIZARRO, HOSPITAL ADMINISTRATOR, DR. JOHN WOMBLE, AND DR. ANTONIO VILLASAN,**
*Defendants-Appellees,*

**and**

**DR. HOLCOMBE AND DR. CHRISTI,**
*Defendants-Appellees.*

---

2011-1063

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0904, Judge Ron Clark.

## ORDER

Upon review of Antoine Shockley's recently docketed appeal, we consider whether Shockley should be directed to show cause why his appeal should not be dismissed for lack of jurisdiction or transferred to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. § 1631.

Shockley filed a complaint alleging constitutional rights violations. The United States District Court for the Eastern District of Texas dismissed the complaint for failure to state a claim upon which relief may be granted. Shockley filed an appeal seeking review by this court.

This court's jurisdiction over appeals of district court decisions is limited primarily to cases involving patents and suits against the United States not exceeding $10,000. *See* 28 U.S.C. § 1295 (a)(1), (2). It does not appear that Shockley's appeal is within this court's jurisdiction.

Accordingly,

IT IS ORDERED THAT:

(1) Shockley is directed to show cause within 21 days of the date of filing of this order why his appeal should not be dismissed or transferred to the Fifth Circuit. The appellees may also respond within that time.

(2) The briefing schedule is stayed.

FOR THE COURT

NOV 2 3 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  Antoine Shockley
     Carol Marie V. Garcia, Esq.
     Andrea H. Parker, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 3 2010

JAN HORBALY
CLERK